AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

LESTER REVEL SIMPSON

# WARRANT FOR ARREST

CASE NUMBER: 07-494-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>LESTER REVEL SIMPSON</u>
                                              Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

in violation of Title  18  United States Code, Section(s) § 1029(a).

| Name of Issuing Officer | Title of Issuing Officer |
|---|---|
| [signature] | OCT 11 2007 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by [signature]
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/12/07 | | |
| DATE OF ARREST | | |

139654