IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| | | Criminal No.: 07-494-M-01 |
| | * | |
| LESTER SIMPSON | * | |

**FILED**
OCT 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>NOTICE OF APPEARANCE</u>

Please enter the appearance of undersigned as retained counsel in the above captioned case.

William B. Purpura, Esquire
Christopher J. Purpura, Esquire
8 E. Mulberry Street
Baltimore, Maryland 21202
410.727.8550

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Appearance was hand delivered this 25th day of October, 2007, to the following:

Susan B. Menzer, Esquire
Assistant United States Attorney
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

William B. Purpura

1